1

2

3

4

5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7

* * *

8

LEHMAN BROTHERS HOLDINGS,        )        2:11-CV-00379-PMP-LRL
INC.,                            )

9                                )

                                 )        **ORDER**
10        Plaintiff,             )

                                 )
11   vs.                         )

                                 )
12   RMS & ASSOCIATES,           )

                                 )
13        Defendant.             )

                                 )

14

15        Before the Court for consideration is Defendant's Motion to Dismiss

16   Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure

17   to State a Claim Upon Which Relief May be Granted (Doc. #8) filed April 22, 2011.

18        On May 10, 2011, the Court approved a stipulation of the parties permitting

19   Plaintiff to and including May 23, 2011 within which to file an opposition to

20   Defendant's Motion to Dismiss.  Plaintiff has failed to do so and thereby consent to

21   the granting of Defendant's Motion.

22        **IT IS THEREFORE ORDERED that** Defendant's Motion to Dismiss

23   Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure

24   to State a Claim Upon Which Relief May be Granted (Doc. #8) is **GRANTED**.

25   ///

26   ///

1    **IT IS FURTHER ORDERED that** the Clerk of Court shall enter

2  judgment in favor of Defendant RMS & Associates and against Plaintiff Lehman

3  Brothers Holdings Inc.

4

5  DATED:  May 24, 2011.

6

7   

        PHILIP M. PRO

8          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26