UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

vs.

RMS & ASSOCIATES, *et al.*,

    Defendants.

2:11-CV-00379-PMP-LRL

**<u>ORDER</u>**

    Before the Court for consideration are Plaintiff/Counterdefendant Lehman Brothers Holding, Inc.'s Motion to Dismiss Negligence Claim in RMS & Associate's Counterclaim (Doc. #38), and Third Party Defendant Aurora Loan Services' Motion to Dismiss the Third Party Complaint of RMS & Associates (Doc. #39).  Having considered the arguments of counsel presented at the hearing conducted December 20, 2011, the Court finds that Plaintiff/Counterdefendant Lehman Brothers' Motion to Dismiss (Doc. #38) should be granted and that Third Party Defendant Aurora Loan Services' Motion to Dismiss Third Party Complaint (Doc. #39) should be granted in part and denied in part.

    Specifically, the Court finds that with respect to the First Claims for Relief for Negligence set forth in RMS & Associates Counterclaim and Third Party Complaint, whether Nevada law or New York law applies, the result is the same.

RMS & Associates' Negligence Claims are barred by the Economic Loss Doctrine recognized and applied by the law in both jurisdictions.

The Court further finds that RMS & Associates' Third Claim for Relief for Contribution and Fourth Claim for Relief for Indemnity asserted against Third Party Defendant Aurora Loan Services must be dismissed because they are not actionable claims, but are instead potential forms of relief prayed for in RMS & Associates' Third Party Complaint.

**IT IS THEREFORE ORDERED** that Plaintiff/Counterdefendant Lehman Brothers Holdings' Motion to Dismiss Negligence Claim in RMS & Associates' Counterclaim (Doc. #38) is **GRANTED**.

**IT IS FURTHER ORDERED** that Third Party Defendant Aurora Loan Services' Motion to Dismiss RMS & Associates' Third Party Claims for Negligence (First Claim for Relief), Contribution (Third Claim for Relief), and Indemnity (Fourth Claim for Relief), (Doc. #39) are **GRANTED**.

**IT IS FURTHER ORDERED** that Aurora Loan Services' Motion to Dismiss RMS & Associates' Second Claim for Breach of the Implied Covenant of Good Faith and Fair Dealing is **DENIED**.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge